UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RESTRAINT OF ACCOUNTS OWNED OR CONTROLLED BY E.M.H. HENSSEN HELD BY KRAKEN.COM | Civil Action No. 17-mc-01259 (RDM) |

**ORDER TO UNSEAL THIS CASE AND TO RELEASE
THIS COURT'S RESTRAINING ORDER**

Upon consideration of the United States' application to unseal this case and to release this restraining order under section 5 of this Court's restraining Order, this Court hereby unseals this case and dismisses the restraining order against the property in the accounts owned or controlled by E.M.H. Henssen, held by Kraken.com, and described in the previous order as All funds, bitcoins, and assets generated at the following bitcoin address "1ATswxDT9E6B3Romudz1uAtfLBszdiNeD5" and any assets held by Kraken.com in the name of E.M.H. Henssen up to the amount of €2,765,828 or ($3,097,727).

**SO ORDERED.**

RANDOLPH D. MOSS
United States District Judge

Date: September 14, 2017